IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CARL ROBINZINE**      **PLAINTIFF**

**V.**      **4:19CV30-M-V**

**EXPRESS GRAIN TERMINALS, LLC and**
**JOHN ROBERT COLEMAN, Individually,**      **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to the [3] Notice of Voluntary Dismissal filed by the plaintiff in this cause of action, it is ORDERED that this case is hereby dismissed with prejudice.

This the 9th day of April, 2019.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**